### 52988. BALDWIN et al. v. THE STATE.

DEEN, Presiding Judge.

The appellants were convicted of burglary and bring this appeal.

1. The evidence supports the verdict of guilty of burglary. *Wisdom v. State,* 234 Ga. 650 (217 SE2d 244); *Evans v. State,* 138 Ga. App. 460 (226 SE2d 303).

2. The motion to suppress was properly overruled. *Code v. State,* 234 Ga. 90 (214 SE2d 873); *Chaney v. State,* 133 Ga. App. 913 (213 SE2d 68).

*Judgment affirmed. Webb and Smith, JJ., concur.*

SUBMITTED NOVEMBER 2, 1976 — DECIDED NOVEMBER 12, 1976.

*John W. Andre, Jr.,* for appellants.

*Andrew J. Ryan, Jr., District Attorney, William H. McAbee, II, Robert M. Hitch, III, Assistant District Attorneys,* for appellee.